Kelly H. Dove, Esq.
Nevada Bar No. 10569
Jennifer L. McBee, Esq.
Nevada Bar No. 9110
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
Telephone: (702) 784-5200
Facsimile: (702) 784-5252
Email: kdove@swlaw.com
Email: jmcbee@swlaw.com

*Attorneys for Defendant Wells Fargo Bank, N.A.*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JODIE LASKY,<br><br>                    Plaintiff,<br><br>vs.<br><br>EQUIFAX INFORMATION SERVICES, LLC; EXPERIAN INFORMATION SOLUTIONS, INC.; THE BANK OF MISSOURI, N.A.; WELLS FARGO BANK, N.A.; CAPITAL ONE BANK, N.A.; and FIRST PREMIER BANK, LLC,<br><br>                    Defendants. | Case No. 2:23-cv-01201-GMN-EJY<br><br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANT WELLS FARGO BANK, N.A. TO RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>**(FIRST REQUEST)** |

THIS STIPULATION is entered into by and between Jodie Lasky ("Plaintiff"), and Wells Fargo Bank, N.A. ("Wells Fargo", and together with Plaintiff, the "Parties"), based on the following:

WHEREAS, on July 28, 2023, Plaintiff filed her Complaint [ECF No. 1];

WHEREAS, Wells Fargo's deadline to respond to the Complaint is August 24, 2023, based on the service date of August 3, 2023;

WHEREAS, Snell & Wilmer L.L.P. has just recently been retained as counsel for Wells Fargo in this matter; and

4883-8384-0375

WHEREAS, in order for Wells Fargo's counsel to properly review and prepare a response to the Complaint, the Parties have agreed that Wells Fargo's deadline to respond to Plaintiff's complaint shall be extended to September 25, 2023.

NOW, THEREFORE, subject to Court approval, the Parties agree that Wells Fargo shall have until **September 25, 2023**, to respond to Plaintiff's Complaint.

**IT IS SO STIPULATED.**

DATED this 14th day of August 2023.

SNELL & WILMER L.L.P.

*/s/ Jennifer L. McBee*
Kelly H. Dove (NV Bar No. 10569)
Jennifer L. McBee (NV Bar No. 9110)
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169
*Counsel for Defendant Wells Fargo Bank, N.A.*

DATED this 14th day of August 2023.

FREEDOM LAW FIRM, LLC

*/s/ Gerardo Avalos*
George Haines (NV Bar No. 9411)
Gerardo Avalos (NV Bar No. 15171)
8985 South Eastern Avenue, Suite 100
Las Vegas, NV 89123
*Counsel for Plaintiff William F. Lasky*

## ORDER

The Court having considered the foregoing stipulation of the Parties, and good cause appearing,

**IT IS HEREBY ORDERED** that the Defendant Wells Fargo Bank, N.A. shall have until September 25, 2023, to answer or otherwise respond to Plaintiff's Complaint.

UNITED STATES MAGISTRATE JUDGE

DATED: August 14, 2023

Snell & Wilmer
L.L.P.
LAW OFFICES
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
702.784.5200

- 2 -

4883-8384-0375