1

Jennifer L. Braster
Nevada Bar No. 9982

2

Benjamin B. Gordon
Nevada Bar No. 15552

3

NAYLOR & BRASTER
1050 Indigo Drive, Suite 200

4

Las Vegas, NV  89145
Telephone: (702) 420-7000

5

jbraster@nblawnv.com
bgordon@nblawnv.com

6

7

*Attorneys for Defendant*
*Experian Information Solutions, Inc.*

8

9

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

10

11

12

| Jodie Lasky, | Case No. 2:23-cv-01201-GMN-EJY |
| --- | --- |
| Plaintiff, | **DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC. AND PLAINTIFF'S FIRST STIPULATION TO EXTEND TIME TO ANSWER COMPLAINT** |
| v. | |
| Equifax Information Services, LLC; Experian Information Solutions, Inc.; The Bank of Missouri, N.A.; Wells Fargo Bank, N.A., Capital One Bank, N.A.; and First Premier Bank, LLC. | Complaint Filed:  07/28/23 |
| Defendants. | |

13

14

15

16

17

18

19

20

        Defendant Experian Information Solutions, Inc. ("Experian") and Plaintiff Jodie Lasky

21

("Plaintiff"), by and through their respective counsel of record, hereby submit this stipulation to

22

extend the time for Experian to respond to Plaintiff's Complaint (ECF No. 1) pursuant to LR IA

6-1.

23

        Plaintiff filed the Complaint on July 28, 2023, and currently, Experian's responsive

24

pleading is due August 24, 2023.  (ECF No. 1.)  The first extension will allow Experian an

25

opportunity to investigate the facts of this case and to avoid the incurrence of additional

26

attorneys' fees when this matter may be resolved shortly.  Plaintiff and Experian stipulate and

27

agree that Experian shall have an extension until September 25, 2023, to file its responsive

28

1    pleading.

2          This is Experian's first request for an extension of time to respond to the Complaint and is

3    not intended to cause any delay or prejudice any party, but to permit both Plaintiff and Experian

4    an opportunity to more fully investigate the claims alleged.

5          **IT IS SO STIPULATED.**

6          DATED this 22nd day of August 2023.

7

8    NAYLOR & BRASTER                              FREEDOM LAW FIRM

9

10   By: */s/ Benjamin Gordon*                     By: */s/ Gerardo Avalos*
        Jennifer L. Braster                            George Haines
11      Nevada Bar No. 9982                            Nevada Bar No. 9411
        Benjamin B. Gordon                             Gerardo Avalos
12      Nevada Bar No. 15552                           Nevada Bar No. 15171
        1050 Indigo Drive, Suite 200                   8985 S. Eastern Ave., Suite 100
13      Las Vegas, NV 89145                            Las Vegas, NV 89123

14   *Attorneys for Defendant*                     *Attorneys for Plaintiff Jodie Lasky*
     *Experian Information Solutions, Inc.*
15

16

17

18   **IT IS SO ORDERED.**

19

20   Dated this __22nd__ day of August 2023.      _____
                                                   UNITED STATES MAGISTRATE JUDGE
21

22

23

24

25

26

27

28

- 2 -