Aaron D. Shipley (NSBN 8258)
Karyna M. Armstrong (NSBN 16044)
McDONALD CARANO LLP
2300 West Sahara Avenue, Suite 1200
Las Vegas, Nevada 89102
Telephone: (702) 873-4100
ashipley@mcdonaldcarano.com
karmstrong@mcdonaldcarano.com

*Attorneys for Defendant Capital One, N.A., erroneously sued as "Capital One Bank, N.A."*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JODIE LASKY, an individual,<br><br>Plaintiff,<br><br>v.<br><br>EQUIFAX INFORMATION SERVICES, LLC; EXPERIAN INFORMATION SOLUTIONS, INC.; THE BANK OF MISSOURI, N.A.; WELLS FARGO BANK, N.A.; CAPITAL ONE BANK, N.A.; and FIRST PREMIER BANK, LLC.<br><br>Defendants. | CASE NO.:   2:23-cv-01201-GMN-EJY<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANT CAPITAL ONE BANK, N.A. TO FILE RESPONSIVE PLEADINGS TO COMPLAINT**<br><br>**(FIRST REQUEST)** |

Pursuant to Local Rules 6-1 and 6-2, Plaintiff Jodie Lasky ("Lasky") and Defendant Capital One, N.A., erroneously sued as "Capital One Bank, N.A.," ("Capital One" and together with Lasky, the "Parties") stipulate and agree as follows:

**WHEREAS:**

1. Defendant's current deadline to file responsive pleadings to the Complaint is August 29, 2023.

2. Immediately upon being retained by Capital One, on the afternoon of August 28, 2023, defense counsel reached out to Plaintiff's counsel to request additional time to file a responsive pleading.

3. The Parties agreed that good cause exists to extend the responsive pleading deadline by an additional thirty (30) days to allow the newly engaged defense counsel to obtain

and review a copy of the file and gather additional facts and information while continuing to devote resources to exploring the potential for early resolution of this matter; and

4. The Parties agree to extend the deadline for Defendant to file responsive pleadings to the Complaint to September 28, 2023.

5. This stipulation is made in good faith and not for the purpose of delay.

**NOW, THEREFORE, IT IS HEREBY STIPULATED THAT:**

Capital One's time to file a responsive pleading to Plaintiff's Complaint is extended. Capital One shall file its responsive pleading on or before September 28, 2023.

DATED this 30th day of August, 2023.              DATED this 30th day of August, 2023.

McDONALD CARANO LLP                                FREEDOM LAW FIRM, LLC

By: */s/ Karyna M. Armstrong*                      By: */s/ Gerardo Avalos*
    Aaron D. Shipley (NSBN 8258)                       George Haines (NSBN 9411)
    Karyna M. Armstrong (NSBN 16044)                   Gerardo Avalos (NSBN 15171)
    2300 West Sahara Avenue, Suite 1200                8985 South Eastern Ave., Suite 100
    Las Vegas, Nevada 89102                            Las Vegas, NV 89123

*Attorneys for Defendant Capital One, N.A., erroneously sued as "Capital One Bank, N.A."*

*Attorneys for Plaintiff*

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: August 31, 2023

2