1  George Haines, Esq.
2  Nevada Bar No. 9411
3  Gerardo Avalos, Esq.
   Nevada Bar No. 15171
4  **FREEDOM LAW FIRM, LLC**
5  8985 South Eastern Ave., Suite 100
6  Las Vegas, NV 89123
   Phone: (702) 880-5554
7  FAX: (702) 385-5518
8  Email: info@freedomlegalteam.com
9  *Attorneys for Plaintiff Jodie Lasky*

10            **UNITED STATES DISTRICT COURT**
11              **DISTRICT OF NEVADA**

12
   Jodie Lasky,                          Case No.: 2:23-cv-01201
13
14                 Plaintiff,            **Unopposed Motion for Extension of**
                                         **Time for the Bank of Missouri, N.A.**
15      v.                               **to Answer or Otherwise Plead**

16  Equifax Information Services, LLC;   **Second Request**
    Experian Information Solutions, Inc.;
17  The Bank of Missouri, N.A.; Wells
    Fargo Bank, N.A.; Capital One Bank,
18  N.A.; and First Premier Bank, LLC,
19
20                 Defendants.
21
22
23
24
25
26
27

Plaintiff Jodie Lasky, hereby files this Unopposed Motion for Extension of Time for the Bank of Missouri, N.A. to Answer or Otherwise Plead, and in support states:

The Bank of Missouri, N.A.'s ("The Bank of Missouri") responsive pleading is due on September 8, 2023.

Plaintiff and The Bank of Missouri are actively engaged in case resolution negotiations.

Plaintiff does not oppose an extension of The Bank of Missouri's time to answer the Complaint so that the parties may devote energies to resolving this matter.

Plaintiff files this Motion consistent with its agreement with The Bank of Missouri and further files this motion respectfully requesting the Court for an extension of time for The Bank of Missouri to file its responsive pleading for 7 days to **Friday, September 15, 2023**.

Good cause exists for this extension because the parties are actively engaged in settlement discussion and the parties may likely resolve this matter without further intervention from the Court.

This is the second request for an extension of this deadline. However, the extension is relatively short and not intended for undue delay, rather for purposes of judicial economy.

///
///
///
///
///
///
///
///
///

1    For the forgoing reasons, Plaintiff requests that the Court issue an order

2   extending the date to **September 15, 2023** on which The Bank of Missouri must

3   answer Plaintiff's complaint or otherwise plead.

4    Dated: September 8, 2023.

5

6   **FREEDOM LAW FIRM, LLC**

7    /s/ *Gerardo Avalos*

8   George Haines, Esq.

    Gerardo Avalos, Esq.

9   8985 South Eastern Ave., Suite 100

10   Las Vegas, NV 89123

    *Attorneys for Plaintiff*

11

12

13

14   IT IS SO ORDERED:

15

16   _____

17   UNITED STATES MAGISTRATE JUDGE

18   DATED:  September 11, 2023

19

20

21

22

23

24

25

26

27