George Haines, Esq.
Nevada Bar No.: 9411
Gerardo Avalos, Esq.
Nevada Bar No.: 15171
**FREEDOM LAW FIRM**
8985 S. Eastern Ave., Suite 100
Las Vegas, Nevada 89123
(702) 880-5554
(702) 385-5518 (fax)
Ghaines@freedomlegalteam.com
*Attorneys for Plaintiff Jodie Lasky*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| Jodie Lasky, | Case No.: 2:23-cv-01201-GMN-EJY |
| Plaintiff, | **Stipulation for dismissal of Wells Fargo Bank, N.A. with prejudice.** |
| v. | |
| Equifax Information Services, LLC; Experian Information Solutions, Inc.; The Bank of Missouri, N.A.; Wells Fargo Bank, N.A.; Capital One Bank, N.A.; and First Premier Bank, LLC, | |
| Defendants. | |

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Jodie Lasky and Wells Fargo Bank, N.A. stipulate to dismiss Plaintiff's claims against Wells Fargo Bank, N.A. with prejudice.

///
///
///

_____

STIPULATION                    - 1 -

Each party will bear its own costs, disbursements, and attorney fees.

Dated: October 26, 2023.

**FREEDOM LAW FIRM**

 /s/ George Haines
George Haines, Esq.
8985 S. Eastern Ave., Suite 100
Las Vegas, Nevada 89123
*Counsel for Plaintiff Jodie Lasky*

**SNELL & WILMER L.L.P.**

/s/ Jennifer L. McBee
Kelly H. Dove, Esq.
Jennifer L. McBee, Esq.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
*Counsel for Wells Fargo Bank, N.A.*

IT IS SO ORDERED:

UNITED STATES DISTRICT JUDGE

DATED: October 26, 2023