George Haines, Esq.
Nevada Bar No.: 9411
Gerardo Avalos, Esq.
Nevada Bar No.: 15171
**FREEDOM LAW FIRM**
8985 S. Eastern Ave., Suite 100
Las Vegas, Nevada 89123
(702) 880-5554
(702) 385-5518 (fax)
Ghaines@freedomlegalteam.com
*Attorneys for Plaintiff Jodie Lasky*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| Jodie Lasky, | Case No.: 2:23-cv-01201 |
| Plaintiff, | **Stipulation for dismissal of Capital One Bank, N.A with prejudice** |
| v. | |
| Equifax Information Services, LLC; Experian Information Solutions, Inc.; The Bank of Missouri, N.A.; Wells Fargo Bank, N.A.; Capital One Bank, N.A and First Premier Bank, LLC, | |
| Defendants. | |

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Jodie Lasky and Capital One Bank, N.A stipulate to dismiss Plaintiff's claims against Capital One Bank, N.A with prejudice.

///

///

///

STIPULATION         - 1 -

Each party will bear its own costs, disbursements, and attorney fees.

Dated: January 31, 2025.

**FREEDOM LAW FIRM**

 /s/ *George Haines*
George Haines, Esq.
Gerardo Avalos, Esq.
8985 S. Eastern Ave., Suite 100
Las Vegas, Nevada 89123
*Counsel for Plaintiff Jodie Lasky*

**MCDONALD CARANO LLP**

/s/ *Karyna M. Armstrong*
Aaron D. Shipley, Esq.
Karyna M. Armstrong, Esq.
Clark Hill PLLC
2300 West Sahara Avenue, Suite 1200
Las Vegas, Nevada 89102
*Counsel for Capital One Bank, N.A*

IT IS SO ORDERED:

_____
UNITES STATES DISTRICT JUDGE

DATED:___February 10, 2025_____

STIPULATION                                                    - 2 -